IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                              )
                                    )
**RICHARD D. HORNE and**            )
**PATRICIA N. HORNE,**              )    BANKRUPTCY NO. 11-00096
                                    )
         Debtors.                   )
                                    )
                                    )

### MOTION FOR IMPOSITION OF DAMAGES FOR WILLFUL VIOLATION OF SECTION 362 AUTOMATIC STAY

Come now Richard D. Horne and Patricia N. Horne, Debtors, by and through their attorney of record, Marion E. Wynne, Jr., and Paul and Smith, P.C., special counsel for the Hornes, and pursuant to Section 362(k)(1) of the Bankruptcy Code, move the Court for the entry of an order assessing and awarding damages for the willful and intentional violation of the automatic stay of 11 U.S.C. §362, showing the Court as follows:

1. Richard D. Horne ("Horne") and Patricia A. Horne ("Mrs. Horne"), (collectively "the Hornes" or "Debtors"), are the Debtors in the above styled proceeding, having filed their Chapter Seven bankruptcy petition on January 10, 2011, and having been granted a standard Discharge on May 10, 2011.

2. The facts on which this Motion is based are set forth in detail in Doc. 144 herein, which is the Horne's Objection and Opposition to Motion to Set Aside Discharge and all the exhibits thereto, which are incorporated herein by reference as if set forth in their entirety in this Motion.

3. This Motion seeks damages against Mary Beth Mantiply, who, as set forth in Doc. 144 herein, filed suit on March 23, 2011,

against Horne in the Circuit Court of Mobile County, Alabama, in Case Number CV-2011-317, styled *Angela Brunson, et. al. v. Judy Harold, et. al.*, on behalf of her clients Angela Michelle Brunson, Katie Elizabeth Brunson, Marion Raley, Betty Raley, Richard Brunson and Sandra Hillman (collectively "Claimants"), after Mantiply acquired actual knowledge on January 23, 2011, that Horne had filed his Chapter 7 case on January 10, 2011.

4. The actions of Mantiply in commencing and continuing the Circuit Court litigation against Horne post-petition and post-discharge were taken in willful, intentional and deliberate violation of the automatic stay imposed by 11 U.S.C.§362 and, after May 10, 2011, in violation of the discharge injunction of 11 U.S.C.§524.

5. The Hornes have suffered damage and injury as a result of the willful and intentional actions by Mantiply. The Hornes, pursuant to Section 362(k)(1) seek recovery of their actual damages, including costs and attorneys' fees.

6. At the hearing on October 11, 2011, on Claimants' Motion to Set Aside the Hornes' Discharge (Doc. 131), the Court stated that Mantiply is an attorney who has appeared before this Court and who the Court knew to be cognizant of the legal significance of the automatic stay.

7. The Hornes aver that the actions of Mantiply in commencing suit against Horne in violation of the stay and in continuing her steadfast pursuit of the claim against Horne through the Chapter 7 proceedings, and indeed, after his discharge, without ever coming into this Court and seeking any type of permission to

asset claims against him, demonstrates an arrogant defiance of federal law, for which the imposition of punitive damages is appropriate and warranted under the circumstances before the Court.

WHEREFORE, the Hornes respectfully request that the Court will, after notice and a hearing, impose actual and punitive damages as requested herein.

/s/ Marion E. Wynne, Jr.
MARION E. WYNNE, JR. (WYNNM9474)
Attorney for the Hornes
WILKINS, BANKESTER, BILES & WYNNE, P.A.
Post Office Box 1367
Fairhope, Alabama 36533
(251) 928-1915


/s/ Suzanne Paul
SUZANNE PAUL (PAULS5825)

/s/ C. Michael Smith
C. MICHAEL SMITH (SMITC7523)

PAUL AND SMITH, P.C.
Special Counsel for the Hornes
150 South Dearborn Street
Mobile, Alabama 36602
(251) 433-0588

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the ___ day of November, 2011, served a copy of the foregoing by first class mail, properly addressed and postage prepaid, upon:

Mary Beth Mantiply
Post Office Box 862
Montrose, Alabama, 36559-0862

and that I have filed a copy of the forgoing with the Clerk of the Court via the Court's ECF/CM system which delivers electronic notification of the filing to all parties in the case who have requested service of pleadings by electronic notice.

/s/ Suzanne Paul
SUZANNE PAUL