IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| PATRICIA NELSON HORNE, | ) | |
| as Personal Representative of the | ) | |
| Estate of Richard Horne and | ) | |
| PATRICIA NELSON HORNE, individually, | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |
| MARY BETH MANTIPLY, | ) | |
| | ) | CIVIL ACTION NO. 13-00258-CB-B |
| Plaintiff/Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICIA NELSON HORNE, | ) | |
| as Personal Representative of the | ) | |
| Estate of RICHARD D. HORNE and | ) | |
| PATRICIA NELSON HORNE, individually, | ) | |
| | ) | |
| Defendants/Appellees. | ) | |

## JUDGMENT

Pursuant to separate order granting Appellee's Motion for Attorney's Fees on appeal, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Appellees, Patricia Nelson Horne, as Personal Representative of the Estate of Richard D. Horne, and Patricia Nelson, individually, recover of the Appellant, Mary Beth Mantiply, appellate attorney's fees in the amount of thirty-four thousand five hundred fifty-one and 28/100ths ($34,551.28) dollars, for attorney's fees incurred in defending this appeal.

**DONE** this the 8th day of January, 2014.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**