IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RICHARD D. HORNE and | ) | |
| PATRICIA NELSON HORNE, | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | |
| MARY BETH MANTIPLY, | ) | |
| | ) | CIVIL ACTION NO. 13-00258-CB-B |
| Plaintiff/Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD D. HORNE and | ) | |
| PATRICIA NELSON HORNE, | ) | |
| | ) | |
| Defendants/Appellees. | ) | |

# ORDER

Appellant Mary Beth Mantiply appealed the final order and judgment of the bankruptcy court entered on February 6, 2013 and the order denying the motion to alter or amend that judgment filed February 24, 2013.  This Court affirmed the bankruptcy court in an opinion dated October 28, 2013.  (Doc. 35.)  Before final judgment was entered on that appeal, Mantiply filed a second appeal, this time appealing the bankruptcy court's order dated December 17, 2013 denying Mantiply's motion for relief from judgment.  Mantiply filed a motion to consolidate the two appeals.  That motion was granted. (Doc. 54.)  By opinion dated April 8, 2014, the Court has affirmed the bankruptcy court in the second appeal.

All matters in this consolidated appeal have now been resolved.  Therefore, in accordance with Fed. R. Bankr. P. 8016(a), the Clerk of Court is directed to prepare, sign, and enter the judgment.

**DONE** and **ORDERED** this the 8th day of April, 2014.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**